VALLEY ROLLING MILLS, INC., Plaintiff, *v.* IRVING J. FELDMAN,
Trading under the Name of COLUMBIA TOOL & SUPPLY COM-
PANY, Appellant, and CHARLES T. BAIRD, Respondent, Impleaded
with Another.

Reported below, 264 App. Div. 717.
Submitted July 29, 1942; decided October 8, 1942.

*Carl K. Harten* for motion.

*Leo Sandler* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the application was not made within the time fixed by the Civil Practice Act.